1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: dkramer@wsgr.com
5
   SHELBY PASARELL TSAI, State Bar No. 220408
6  PETER C. HOLM, State Bar No. 299233
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
   1 Market Street
8  Spear Tower, Suite 3300
   San Francisco, CA 94105
9  Phone: (415) 947-2000
   Fax: (415) 947-2099
10 Email: stsai@wsgr.com, pholm@wsgr.com

11 *Attorneys for Defendant*
   GOOGLE INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

| 17 | SCOTT DOUGLAS REDMOND AN Individual AND MAJORITY OWNER OF LIMNIA, INC., | CASE NO.: 3:16-cv-03061 |
|---|---|---|
| 18 | | **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 3-15** |
| 19 | Plaintiffs, | |
| 20 | v. | (Removed from the Superior Court of the County of San Francisco, California, Case No. CGC 16-551805) |
| 21 | ALPHABET INC., a California Corporation, GOOGLE, INC, a California Corporation, YOUTUBE, INC., a California Corporation, and DOES 1 through 50, Inclusive, | |
| 22 | | State Action Filed: May 5, 2016 |
| 23 | Defendants. | |

24
25
26
27
28

CERTIFICATE OF INTERESTED PARTIES                           Case No. 3:16-cv-03061

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. discloses the following:

1. Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more than 10% ownership of Google Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 6, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Shelby Pasarell Tsai*
Shelby Pasarell Tsai
David H. Kramer
Peter C. Holm

*Attorneys for Defendant*
GOOGLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by overnight mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2016.

> */s/ Shelby Pasarell Tsai*
> Shelby Pasarell Tsai