Scott Douglas Redmond
In Pro Per/ Pro Se

601 Van Ness Avenue, MS E3613
San Francisco, CA 94102
Tel: 510-868-2862
Email: legal@ourgooglelawsuit.com

Pro Se Plaintiff

U.S. DISTRICT COURT
~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~

**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| SCOTT DOUGLAS REDMOND AN, Individual AND MAJORITY OWNER OF LIMNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALPHABET INC. a California Corporation, GOOGLE, INC., a California Corporation, YOUTUBE, INC. a California Corporation, and DOES 1 through 50, Inclusive <br><br> Defendants. | Case No.: 3:16-cv-03061 WHO <br><br> AKA: CGC-16-551805 <br><br> **MOTION TO WITHDRAW COMPLAINT** |

Dated: June 13, 2016

SCOTT DOUGLAS REDMOND

By: _____

Scott Douglas Redmond
In Pro Se, Self-Represented

Due to possible interference with regional law firms and black-listing similar to the previous Silicon Valley No Poaching Lawsuit, I, Scott Douglas Redmond, move to withdraw this complaint at this time.

Executed on June 13, 2016

*[signature]*

Scott Douglas Redmond
Scott Douglas Redmond
In Pro Per/ Pro Se

601 Van Ness Avenue, MS E3613
San Francisco, CA  94102
Tel: 510-868-2862
Email: legal@ourgooglelawsuit.com

Pro Se Plaintiff