1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT DOUGLAS REDMOND,

Plaintiff,

v.

ALPHABET INC., et al.,

Defendants.

Case No. 16-cv-03061-WHO

**ORDER DISMISSING CASE**

Re: Dkt. No. 11

On June 13, 2016, defendant Google, Inc. filed a motion to dismiss.  Dkt. No. 10.  On June 14, 2016, plaintiff filed a "motion to withdraw complaint."  Dkt. No. 11.  I will treat plaintiff's motion to withdraw as a notice of voluntary dismissal without prejudice ( to which defendant does not object [Dkt. No. 12]).

Therefore, pursuant to plaintiff's motion, this case is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: June 28, 2016



WILLIAM H. ORRICK
United States District Judge